IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:20-CR-228-SDJ-KPJ |
| | § |
| TRAVIS JONES (2) and SIMONE JOHNSON (3) | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 23, 2022, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #72), that Defendant Travis Jones's ("Defendant Jones") Motion to Suppress ("Defendant Jones's Motion"), (Dkt. #49), and Defendant Simone Johnson's ("Defendant Johnson") Motion to Suppress ("Defendant Johnson's Motion"), (Dkt. #53), be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

**IT IS ORDERED** that Defendant Jones's Motion to Suppress, (Dkt. #49), and Defendant Johnson's Motion to Suppress, (Dkt. #53), are hereby **DENIED.**

**So ORDERED and SIGNED this 18th day of January, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE